NUMBER 13-01-250-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


ANTOINETTE K. ARTHUR
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 411th District Court 


of Polk County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and

Yañez

Opinion Per Curiam



 Appellant, ANTOINETTE K. ARTHUR, perfected an appeal from a
judgment entered by the 411th District Court of Polk County, Texas, in
cause number 15987. Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 26th day of April, 2001.